IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CYNTHIA ANNE CORBLY and
JAMES EDWARD CORBLY,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        15-cv-331-wmc

v.

MR. STEVEN JARBERG and
CEDAR COMMUNITY,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case as barred by the applicable statute of limitations.

/s/                                                   3/7/2017

Peter Oppeneer, Clerk of Court            Date